# EXHIBIT "A"

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of _____Glynn_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed  **08/15/2023** | Case Number **CV20230244** |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
Wiggs        Donald

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Brunswick Cellulose LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _____Jordan Redavid_____   **Bar Number** __628049__   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**                          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

# General Civil and Domestic Relations Case Filing Instructions

1. Provide the class of court and county in which the case is being filed.
2. Provide the plaintiff's and defendant's names.
3. Provide the plaintiff's attorney's name and Bar number. If you are representing yourself, provide your own name and check the self-represented box.
4. Provide the type of case by checking only *one* appropriate box. Cases can be either general civil or domestic relations and only *one* type of action within those categories. Check the case type that most accurately describes the primary case. If you are making more than one type of claim, check the case type that involves the largest amount of damages or the one you consider most important. See below for definitions of each case type.
5. Provide the type of post-judgment action, if applicable, by checking the appropriate box. Post-judgment cases are those that seek to enforce or modify an existing judgment. If the case is a post-judgment matter, an initial case type in the general civil and domestic relations boxes must be checked.
6. Provide an answer to the four questions by checking the appropriate boxes and/or filling in the appropriate lines.

**Case Type Definitions**

## General Civil Cases

**Automobile Tort**: Any tort case involving personal injury, property damage, or wrongful death resulting from alleged negligent operation of a motor vehicle.

**Civil Appeal**: Any case disputing the finding of a limited jurisdiction trial court, department, or administrative agency.

**Contract**: Any case involving a dispute over an agreement between two or more parties.

**Garnishment**: Any case where, after a monetary judgment, a third party who has money or other property belonging to the defendant is required to turn over such money or property to the court.

**General Tort**: Any tort case that is not defined or is not attributable to one of the other torts.

**Habeas Corpus**: Any case designed to test the legality of the detention or imprisonment of an individual, not the question of guilt or innocence.

**Injunction/Mandamus/Other Writ**: Cases involving a written court order directed to a specific person, requiring that person to perform or refrain from performing a specific act.

**Landlord/Tenant**: Any case involving landlord/tenant disputes wherein the landlord removes a tenant and his/her property from the premises or places a lien on tenant property to repay debt.

**Medical Malpractice Tort**: Any tort case that alleges misconduct or negligence by a person in the medical profession acting in a professional capacity, such as doctors, nurses, physician's assistants, dentists, etc.

**Product Liability Tort**: Any tort case that alleges injury is caused to a person by the manufacturer or seller of an article due to a defect in, or the condition of, the article sold or an alleged breach of duty to provide suitable instructions to prevent injury.

**Real Property**: Any case involving disputes over the ownership, use, boundaries, or value of fixed land.

**Restraining Petition**: Any petition for a restraining order that does not result from a domestic altercation or is not between parties considered to be in a domestic relationship.

**Other General Civil**: Any case in which a plaintiff requests the enforcement or protection of a right or the redress or prevention of a wrong, but does not fit into one of the other defined case categories.

## Domestic Relations Cases

**Adoption**: Cases involving a request for the establishment of a new, permanent relationship of parent and child between persons not so biologically related.

**Dissolution/Divorce/Separate Maintenance**: Any case involving the dissolution of a marriage or the establishment of alimony or separate maintenance.

**Family Violence Petition**: Any case in which a protective order from a family member or domestic partner is requested.

**Paternity/Legitimation**: Cases involving the establishment of the identity and/or responsibilities of the father of a minor child or the determination of biological offspring.

**Support – IV-D**: Cases filed by the Georgia Department of Human Services to request maintenance of a minor child by a person who is required, under Title IV-D of the Social Security Act of 1973, to provide such maintenance.

**Support – Private (non-IV-D)**: Cases filed to request maintenance of a parent/guardian or a minor child by a person who is required by law, but who is not under the auspices of Title IV-D of the Social Security Act of 1973, to provide such maintenance.

**Other Domestic Relations**: Domestic relations cases, including name changes, that do not adequately fit into any of the other case types.

## Post-Judgment

**Contempt**: Any case alleging failure to comply with a previously existing court order.

**Modification**: Any case seeking to change the terms of a previously existing court order.

**Other/Administrative**: Any case with post-judgment activity that does not fit into contempt or modification categories.

**Please note:** This form is for statistical purposes only. It shall have no legal effect in the case. The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or court rules. Information on this form cannot be entered into evidence.

SUMMONS

E-FILED IN OFFICE - SC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA
~~CV20230244~~

8/15/2023 5:28 PM

## IN THE SUPERIOR/STATE COURT OF ___Glynn___ COUNTY

*Amanda Boone Cone*
CLERK OF STATE COURT

## STATE OF GEORGIA

Donald Wiggs
_____
_____
_____
**PLAINTIFF**

VS.

Brunswick Cellulose LLC
_____
_____
_____
**DEFENDANT**

CIVIL ACTION
NUMBER        /s/ Shantell Clark
_____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Jordan Redavid
> Fischer Redavid PLLC
> 3975 Roswell Rd., N.E., Suite 3
> Atlanta, GA 30342

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___15th___ day of ___August___,19___XX 2023___.

Clerk of Superior/State Court

/s/ Shantell Clark

BY_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.



**Computershare Governance Services, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

10/03/2023

Brunswick Cellulose, LLC
Emily O.  Valladares - Law Department
Koch Companies Public Sector, LLC
133 Peachtree Street, NE
Atlanta GA 30303

# SERVICE OF PROCESS NOTICE

Item: 2023-1409

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Brunswick Cellulose, LLC |
| 2. | **Title of Action:** | Donald Wiggs vs. Brunswick Cellulose LLC |
| 3. | **Document(s) Served:** | Sheriff's Entry of Service<br>Summons<br>Complaint for Money Damages & Demand for Trial by Jury |
| 4. | **Court/Agency:** | Glynn County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | CV20230244 |
| 7. | **Case Type:** | Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Monday 10/02/2023 |
| 10. | **Date to Client:** | Tuesday 10/03/2023 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Wednesday 11/01/2023 | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br><small>(Name, City, State, and Phone Number)</small> | Jordan Redavid<br>Atlanta, GA<br>404-287-2856 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Please note that the print quality of the original document is poor, as a courtesy the original is being sent to your attention by regular mail. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia     **COBB COUNTY**

Superior Court ☐     State Court ☐



Attorney's Address

Civil Action No. _V_ _____

Date Filed _____

_____

_____ _____

_____ Plaintiff

**Name and Address of Party to be Served**

_Brunswick Cellulose et al.._

_____ ____ ____ _____

_____ _____

VS.

_____

_____

_____ Garnishee      _____ Defendant

<table>
<tr><td>PERSONAL ☐</td><td>I have this day served the defendant _____ personally with a copy of the within action and summons.</td></tr>
<tr><td>NOTORIOUS ☐</td><td>I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.<br><br>Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.</td></tr>
<tr><td>CORPORATION ☐</td><td>Served the defendant <u>Brunswick Cellulose LLC</u> a corporation by leaving a copy of the within action and summons with <u>C/o Becky Vannote</u> in charge of the office and place of doing business of said Corporation in this County.</td></tr>
<tr><td>TACK & MAIL ☐</td><td>I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.</td></tr>
<tr><td>NON EST ☐</td><td>Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.</td></tr>
</table>

This _____ day of _Oct_ , 20_23_

SHERIFF DOCKET _____      PAGE _____

_____
DEPUTY _____

**COBB COUNTY, GEORGIA**

WHITE: Clerk     CANARY: Plaintiff Attorney     PINK: Defendant

SUMMONS

E-FILED IN OFFICE - SC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA
~~CV20239244~~
8/15/2023 5:28 PM

## IN THE SUPERIOR/STATE COURT OF _____Glynn_____ COUNTY

*Brenda Bear Cox*
CLERK OF STATE COURT

## STATE OF GEORGIA

Donald Wiggs _____

_____

_____

CIVIL ACTION
NUMBER _____

/s/ Shantell Clark

PLAINTIFF

VS.

Brunswick Cellulose LLC _____

_____

_____

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Jordan Redavid
Fischer Redavid PLLC
3975 Roswell Rd., N.E., Suite 3
Atlanta, GA 30342

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This___15th___day of___August___,19___XX 2023___.

Clerk of Superior/State Court

/s/ Shantell Clark

BY_____

Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

E-FILED IN OFFICE - SC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA
**CV20230244**
**8/15/2023 5:28 PM**

CLERK OF STATE COURT

IN THE STATE COURT OF GEORGIA
GLYNN COUNTY
CV20230244
Case No. _____

———————————— ◆ ————————————

**Donald Wiggs**,
an individual,

PLAINTIFF,

-VS-

**Brunswick Cellulose, LLC**
a Foreign Limited Liability Company,

DEFENDANT.

———————————— ◆ ————————————

COMPLAINT FOR MONEY DAMAGES
& DEMAND FOR TRIAL BY JURY

———————————— ◆ ————————————

JORDAN REDAVID, ESQ.
Georgia Bar No. 628049

FISCHER REDAVID PLLC
3975 Roswell Road N.E.
Suite 3
Atlanta, GA 30342
Phone: (404) 287-2856
Fax:    (404) 594-8563
Service@YourChampions.com
*Counsel for Plaintiff*

- 1 -

## JURISDICTION

1.      This Court has jurisdiction because this is a personal injury incident that occurred in Brunswick, Georgia, within the territorial limits of Glynn County, Georgia.

## VENUE

2.      Venue is proper because the defendant is a foreign limited liability company transacting business within Glynn County, Georgia, and because the tortious act(s) and omission(s) occurred in, and on a real property within, Glynn County, Georgia.

## PARTIES

3.      Donald Wiggs is the Plaintiff. He was over the age of majority and a resident of Starke, Florida.

4.      Brunswick Cellulose, LLC is a foreign limited liability company authorized to transact business in the State of Georgia. Its principal office address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303, and it operates a business, sometimes referred to as the Koch Cellulose Plant, at 1400 West 9th Street, Brunswick, GA 31520. Service may be perfected on Brunswick Cellulose, LLC by serving an original summons and copy of this

complaint on its registered agent United Agent Group Inc., at 2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066.

## FACTS

5.    On December 28, 2021, Mr. Wiggs was at the Koch Cellulose Plant located at 1400 West 9th Street, Brunswick, Georgia 31520 ("Premises").

6.    The Premises was owned, maintained, and operated by Brunswick Cellulose, LLC.

7.    Brunswick Cellulose, LLC uses the Premises to, among other things, operate a non-integrated wood pulp mill.

8.    When Mr. Wiggs was on the Premises it was open for business.

9.    Mr. Wiggs was, at all times, an invitee lawfully on the Premises.

10.    Mr. Wiggs was in a commercial vehicle waiting in line to exit the Premises, but not yet at the scale house.

11.    Mr. Wiggs saw another commercial vehicle having difficulty entering the Premises.

12.    Mr. Wiggs exited his vehicle to assist that other driver-invitee.

13.    After exiting his vehicle, Mr. Wiggs started to walk across an area near the scale house.

14.    Mr. Wiggs tripped and fell, sustaining personal injury.

-3-

## COUNT I: NEGLIGENCE

15.   Mr. Wiggs incorporates all prior paragraphs herein.

16.   Mr. Wiggs fell in the unpaved area depicted below:



17.   That area was a hazard with an unreasonable risk of harm to invitees like Mr. Wiggs.

18.    Brunswick Cellulose, LLC had actual and/or constructive knowledge of the hazardous area where Mr. Wiggs fell, including how it:

    a. was unpaved,

    b. was not clearly marked,

    c. blended visually with adjacent paved areas,

    d. was not made of material suitable for safe walking,

    e. had a steep slope,

    f.  descended quickly from the paved area,

    g. was lower than adjacent paved areas, and

    h. its hazardous nature was not obvious.

19.    It was reasonably foreseeable to Brunswick Cellulose, LLC that an invitee like Mr. Wiggs would traverse that area.

20.    Brunswick Cellulose, LLC owed a duty to invitees like Mr. Wiggs to exercise ordinary care with due regard for the safety of invitees in:

    a. designing the Premises,

    b. maintaining the Premises,

    c. inspecting the Premises,

    d. staffing the Premises,

    e. supervising its employees and agents working on the Premises,

    f.  supervising invitees on the Premises

- 5 -

g. deciding where and how invitees were to enter and exit with their vehicles,

h. choosing which areas would be paved and unpaved,

i. deciding whether, where, and how to provide warnings about hazardous conditions,

j. deciding whether, where, and how to provide warnings about which areas were off-limits for purposes of walking,

k. protecting from unreasonable risks of which it had superior knowledge; and,

l. ensuring that areas in which it was reasonably foreseeable that invitees might traverse were reasonably safe for walking.

21. Brunswick Cellulose, LLC breached those duties by:

a. not designing the Premises in a manner that provided an area for invitees to safely walk between the paved areas intended for ingress and egress by vehicles,

b. not maintaining the area where Mr. Wiggs fell in a manner that would allow a reasonable person to traverse it safely,

c. not installing a designated area and/or crosswalks for invitees to walk in that area,

d. not paving the area where Mr. Wiggs fell,

e. not maintaining the area where Mr. Wiggs fell,

f. not minimizing the slope between the paved areas intended for vehicle ingress and egress and the unpaved area Mr. Wiggs fell,

g. not providing any warnings that the area presented a hazard or unreasonable risk of harm to those who traversed it,

h. not providing any warnings that invitees were not supposed to exit their vehicles in that area,

i. not providing any warnings about where pedestrian foot traffic was supposed to occur,

j. not providing adequate designated area for invitees to traverse safely near the scale house,

k. not performing routine inspections of the Premises to assess the risks it posed to the safety of invitees and whether changes, modifications, alterations, or additions could reasonably extinguish or otherwise mitigate those risks,

l. not providing adequate staffing of employees or agents to monitor, direct, warn, and/or guide invitees near the scale house,

m. not clearly demarcating the paved portions for vehicles from the unpaved portions like the area that Mr. Wiggs fell in between them, and,

n. not making the area where Mr. Wiggs fell conspicuous as compared to the adjacent paved areas.

22.     Brunswick Cellulose, LLC knew or should have known about the natural, attendant, and foreseeable risks to the safety of invitees like Mr. Wiggs if breached an aforementioned duty in an aforementioned way.

23.     As a direct and foreseeable result of Brunswick Cellulose, LLC's negligence, Mr. Wiggs suffered and will continue to suffer from bodily injury, pain, suffering, discomfort, inconvenience, loss of the ability to enjoy life, mental anguish, and disfigurement.

24.     As another a direct and foreseeable result of Brunswick Cellulose, LLC's negligence, Mr. Wiggs lost the ability to earn wages in the past and his capacity to earn wages in the future has been diminished.

25.     And as yet another direct and foreseeable result of Brunswick Cellulose, LLC's negligence, Mr. Wiggs incurred medical expenses in the past and is reasonably certain to incur medical expenses in the future.

WHEREFORE, Donald Wiggs demands judgment against Brunswick Cellulose, LLC for all compensatory and special damages, prevailing party costs, and interest thereon, as allowable by law.

## COUNT II: VIOLATION OF O.C.G.A. § 13-6-11

26.   Mr. Wiggs incorporates all prior paragraphs herein.

27.   Brunswick Cellulose, LLC and/or its agents had knowledge of the facts and circumstances of Mr. Wigg's serious injuries on the Premises and his attendant personal injury claim.

28.   Brunswick Cellulose, LLC and/or its agents denied all responsibility for Mr. Wigg's injuries prior to the filing of this suit and/or refused to entertain a pre-litigation resolution.

29.   Brunswick Cellulose, LLC has acted in bad faith, been stubbornly litigious, and/or has caused Mr. Wiggs unnecessary trouble and expense that will be proven at trial.

WHEREFORE, Donald Wiggs demands judgment against Brunswick Cellulose, LLC for his reasonable attorney's fees and expenses of litigation.

### DEMAND FOR TRIAL BY JURY

30.   Mr. Wiggs demands a trial by jury on all issues so triable on Counts I and II.

Dated this 15<u>th</u> day of August, 2023.

Submitted By:

*/S/ JORDAN REDAVID*
JORDAN REDAVID, ESQ.
Georgia Bar No. 628049

-9.-

CC⁻ 0 2 2023

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia    **COBB COUNTY**

Superior Court ☐    State Court ☑

Attorney's Address

ORIGINAL FILED IN OFFICE

2023 OCT 16 PM 3:44

Brenda ___-Cone
CLERK
GLYNN C... COURT

Glyan



Civil Action No. _CV 20230244_

Date Filed _____

Name and Address of Party to be Served

_Brunswick Cellulose, LLC_
_2985 Gordy Pkwy 1st Floor_
_Marietta, GA 30066_

_Donald Wiggs_

_____ **Plaintiff**

VS.

_____ **Garnishee**

_____ **Defendant**

**PERSONAL** ☐   I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐   I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑   Served the defendant _Brunswick Cellulose LLC_ a corporation by leaving a copy of the within action and summons with _C/O Becky Vannote_ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐   I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐   Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _02_ day of _Oct_, 20_23_

_Bels 0807S_
**DEPUTY**

SHERIFF DOCKET _____ PAGE _____

_____
**COBB COUNTY, GEORGIA**

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia   COBB COUNTY

Superior Court ☐   State Court ☑



Attorney's Address

Glynn

Civil Action No. _CV2023.0244_

Date Filed _____

**Name and Address of Party to be Served**

Brunswick Cellulose, LLC

2985 Gordy 1 KWY 1st Floor

Marietta, GA 30066

Donald Wiggs

_____ **Plaintiff**

VS.

_____ Garnishee

_____ **Defendant**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _Brunswick Cellulose LLC_ a corporation by leaving a copy of the within action and summons with _C/O Becky Vannote_ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This ____02____ day of ____Oct____, 20_22_

_____ _Becky Vannote_
**DEPUTY**

SHERIFF DOCKET _____   PAGE _____

_10-02-23_

**COBB COUNTY, GEORGIA**

WHITE: Clerk      CANARY: Plaintiff Attorney      PINK: Defendant

E-FILED IN OFFICE - DC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA

**CV20230244**

**11/1/2023 1:54 PM**

*Brenda Boone Cone*
CLERK OF STATE COURT

IN THE STATE COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONALD WIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. CV20230244 |
| | ) |
| BRUNSWICK CELLULOSE LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE PURSUANT TO UNIFORM STATE COURT RULE 5.2

In accordance with Uniform State Court Rule 5.2, as amended, the undersigned hereby certifies that a copy of **Defendant's First Interrogatories to Plaintiff, Defendant's First Requests for Production of Documents to Plaintiff, and Defendant's First Request for Admissions to Plaintiff** were served via electronic mail, as follows:

Jordan Redavid
Fischer Redavid PLLC
3975 Roswell Road N.E., Ste. 3
Atlanta, GA 30342
*Counsel for Plaintiff*

☒    via electronic mail: jordan@yourchampions.com; jordan@frtriallawyers.com

This 1st day of November, 2023.

ELLIS PAINTER

*/s/ Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040
Sophia E. Karnegis
Georgia Bar No. 706030
qmarlin@ellispainter.com
skarnegis@ellispainter.com
*Counsel for Defendant*

P.O. Box 9946
Savannah, Georgia 31412
(912) 233-9700 (T)
(912) 233-2281 (F)

E-FILED IN OFFICE - DC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA

**CV20230244**
**11/1/2023 1:54 PM**

CLERK OF STATE COURT

## IN THE STATE COURT OF GLYNN COUNTY
## STATE OF GEORGIA

DONALD WIGGS,                                    )
                                                 )
             Plaintiff,                           )
                                                 )
v.                                               )          Civil Action No. CV20230244
                                                 )
BRUNSWICK CELLULOSE LLC,                         )
                                                 )
             Defendant.                           )

### ANSWER OF DEFENDANT BRUNSWICK CELLULOSE LLC

Brunswick Cellulose LLC ("Defendant"), Defendant in the above-styled action, answers

Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claims are barred because the acts or omissions of Defendant did not proximately

cause the injuries, losses, or damages Plaintiff purportedly sustained.

### THIRD DEFENSE

Whatever injuries and damages sustained by Plaintiff were caused in whole or in part, or

were contributed to, by reason of acts or omissions or events over which Defendant had no control,

and for which Defendant is not legally liable.

### FOURTH DEFENSE

The negligence of Plaintiff contributed to the accident and was equal to or greater than the

alleged negligence of Defendant, barring Plaintiff from any recovery in this action.

//

1

<u>FIFTH DEFENSE</u>

Any responsibility or damages which are or could be sought by Plaintiff from Defendant should be reduced or eliminated by the negligence of Plaintiff.

<u>SIXTH DEFENSE</u>

Subject to and without waiving the foregoing defenses, Defendant responds to the individually numbered paragraphs of Plaintiff's Complaint as follows:

1.

Defendant admits that jurisdiction is proper. All remaining allegations contained in Paragraph 1 of the Complaint are denied.

2.

Defendant admits that venue is proper. All remaining allegations contained in Paragraph 2 of the Complaint are denied.

3.

Defendant admits that Donald Wiggs is the named plaintiff in the above-styled civil action. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 of the Complaint and therefore denies said allegations and demands strict proof thereof.

4.

Defendant admits that it is a foreign limited liability company authorized to transact business in the State of Georgia and may be served through its registered agent, United Agent Group Inc. Defendant further admits that it operates a business at the Brunswick Cellulose Mill, located at 1400 West 9th Street, Brunswick, Georgia 31520 ("Subject Premises"). All remaining allegations contained in Paragraph 4 of the Complaint are denied as stated. By way of further

2

response, Defendant denies that the business it operates, located at the Subject Premises, is referred to as the Koch Cellulose Plant.

5.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

6.

Defendant admits that it owned, maintained, and operated the Brunswick Cellulose Mill, located at 1400 West 9th Street, Brunswick, Georgia 31520 ("Subject Premises"). All remaining allegations contained in Paragraph 6 of the Complaint are denied.

7.

Defendant denies the allegations contained in this paragraph. By way of further response, Defendant states that it operates, among other things, an integrated paper and pulp mill on the Subject Premises.

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

//

3

10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

12.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

13.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

14.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

//

15.

Defendant adopts and incorporates by this reference as though fully set forth herein verbatim each and every defense and response made by it in answer to Paragraphs 1-14 of the Complaint.

16.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations and demands strict proof thereof.

17.

Defendant denies the allegations contained in this paragraph.

18.

Defendant denies the allegations contained in this paragraph and its subparts.

19.

Defendant denies the allegations contained in this paragraph.

20.

Any duties which may have been owed by Defendant are set forth by Georgia law, and as such, Paragraph 20 does not require any response by Defendant. To the extent a response is required, the allegations contained in this paragraph and its subparts are denied.

21.

Defendant denies the allegations contained in this paragraph and its subparts.

22.

Defendant denies the allegations contained in this paragraph.

//

23.

Defendant denies the allegations contained in this paragraph.

24.

Defendant denies the allegations contained in this paragraph.

25.

Defendant denies the allegations contained in this paragraph.

26.

Defendant adopts and incorporates by this reference as though fully set forth herein verbatim each and every defense and response made by it in answer to Paragraphs 1-25 of the Complaint.

27.

Defendant denies the allegations contained in this paragraph.

28.

Defendant admits that it denies responsibility for Plaintiff's injuries. All remaining allegations contained in Paragraph 28 of the Complaint are denied.

29.

Defendant denies the allegations contained in this paragraph.

30.

Defendant denies the allegations contained in this paragraph.

<u>SEVENTH DEFENSE</u>

Any and all allegations contained in this Complaint not responded to above are hereby denied.

WHEREFORE, having fully responded to Plaintiff's Complaint, Defendant prays that it have a trial by a jury of twelve, that it be henceforth discharged without any liability to Plaintiff, that Plaintiff bear all costs of this action, and for such other and further relief as this Court deems just and proper.

This 1st day of November, 2023.

ELLIS PAINTER

*/s/ Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040
Sophia E. Karnegis
Georgia Bar No. 706030
qmarlin@ellispainter.com
skarnegis@ellispainter.com
*Counsel for Defendant*

P.O. Box 9946
Savannah, Georgia 31412
(912) 233-9700 (T)
(912) 233-2281 (F)

IN THE STATE COURT OF GLYNN COUNTY
STATE OF GEORGIA

DONALD WIGGS,                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )          Civil Action No. CV20230244
                                       )
BRUNSWICK CELLULOSE, LLC,              )
                                       )
              Defendant.               )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the following counsel of record with a copy of the foregoing **ANSWER OF DEFENDANT BRUNSWICK CELLULOSE LLC,** via statutory electronic mail and addressed as follows:

> Jordan Redavid
> Fischer Redavid PLLC
> 3975 Roswell Road N.E., Ste. 3
> Atlanta, GA 30342
> jordan@yourchampions.com
> jordan@frtriallawyers.com
> *Counsel for Plaintiff*

This 1st day of November, 2023.

ELLIS PAINTER

*/s/ Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040
Sophia E. Karnegis
Georgia Bar No. 706030
qmarlin@ellispainter.com
skarnegis@ellispainter.com
*Counsel for Defendant*

P.O. Box 9946
Savannah, Georgia 31412
(912) 233-9700 (T)
(912) 233-2281 (F)

8

E-FILED IN OFFICE - DC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA

**CV20230244**

**12/1/2023 5:24 PM**

CLERK OF STATE COURT

## IN THE STATE COURT OF GLYNN COUNTY
## STATE OF GEORGIA

**DONALD WIGGS,**

> **Plaintiff,**

**CIVIL FILE ACTION NO.:**
**CV20230244**

**v.**

**BRUNSWICK CELLULOSE LLC,**

> **Defendant.**

_____/

## PLAINTIFF'S RESPONSES TO DEFENDANT, BRUNSWICK CELLULOSE LLC'S REQUESTS FOR ADMISSIONS

These are Plaintiff, DONALD WIGGS' responses to Defendants, BRUNSWICK

CELLELOSE LLC's Requests for Admissions (served on 11/01/23), O.C.G.A. § 9-11-34:

1. **Please admit that the amount in controversy in this civil action brought forth by Plaintiff exceeds the sum or value of $75,000, exclusive of interest and costs.**

   Response: Admitted.

2. **Please admit that no one from Brunswick Cellulose LLC directed or instructed you to exit your vehicle on December 28, 2021, at 1400 West 9th Street, Brunswick, Georgia 31520 (hereinafter referred to as the "Premises").**

   Response: Admitted.

3. **Please admit that you visited the Premises on multiple occasions prior to December 28, 2021.**

   Response: Denied.

4. **Please admit that there were no obstructions to your view of the ground and change in elevation in the area you allege to have fallen at the Premises on December 28, 2021.**

   Response: Denied.

5. **Please admit that you did not report your alleged fall at the Premises on December 28, 2021 to any employee or representative of Brunswick**

**Cellulose LLC.**

Response: Denied.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2023 a copy of this document was filed in Odyssey and served via email on the following counsel of record: Quentin L. Marlin, Esq. and Sophia E. Karnegis, Esq., Ellis Painter (qmarlin@ellispainter.com; skarnegis@ellispainter.com).

Respectfully Submitted,

/s/ Jordan Redavid
**JORDAN REDAVID, ESQ.**
Georgia Bar No.: 628049

/s/ Kareem L. Todman
**KAREEM L. TODMAN, ESQ.**
Georgia Bar No.: 833621

FISCHER REDAVID PLLC
P.O. Box 530096
Atlanta, GA 30353
(954) 860-8434
Service@YourChampions.com.com (service)
Jordan@YourChampions.com (correspondence)
Kareem@YourChampions.com (correspondence)
***Counsels for Plaintiff***

E-FILED IN OFFICE - DC
CLERK OF STATE COURT
GLYNN COUNTY GEORGIA
**CV20230244**
**12/14/2023 5:17 PM**

CLERK OF STATE COURT

## IN THE STATE COURT OF GLYNN COUNTY
## STATE OF GEORGIA

**DONALD WIGGS,**

    **Plaintiff,**

**v.**

**BRUNSWICK CELLULOSE LLC,**

    **Defendant.**

_____/

**CIVIL ACTION FILE
NO. CV20230244**

### RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, the undersigned herby certifies that on this day, Plaintiff served a copy of the foregoing:

    1.    Plaintiff's Responses to Defendant's Interrogatories to Plaintiff and Plaintiff's Responses to Defendant's Request for Production of Documents to Plaintiff.

by serving a copy of same to the party below via electronic mail addressed as follows:

| |
|---|
| Quentin L. Marlin, Esq. |
| Sophia E. Karnegis, Esq., |
| Ellis Painter |
| P.O. Box 9946 |
| Savannah, Georgia 31412 |
| **qmarlin@ellispainter.com** |
| **skarnegis@ellispainter.com** |

Respectfully submitted on this <u>14th</u> day of December 2023.

Respectfully Submitted,

/s/ Jordan Redavid
**Jordan Redavid ESQ.**
Georgia Bar No. 628049

FISCHER REDAVID PLLC
P.O. Box 530096
Atlanta, GA 30353
Service@YourChampions.com.com (service)