# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| DONALD WIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>BRUNSWICK CELLULOSE LLC,<br><br>    Defendant. | CASE NO. 2:23-CV-133 |

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 36, which the Court construes as a motion. Therein, Plaintiff informs the Court that he wishes to dismiss this action with prejudice. After consideration of the motion, and Defendant having consented thereto, the Court **GRANTS** the motion. Accordingly, all claims asserted in this action are **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 4 day of April, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA